In the Matter of the Revocation of Letters of Administration of the Estate of ROBERT J. FITZGERALD, Deceased.

DAVID A. FITZGERALD, Appellant; KATHERINE FITZGERALD, Respondent.

*Matter of Fitzgerald,* 129 App. Div. 910, affirmed.
(Argued October 6, 1909; decided October 26, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1908, which affirmed an order of the New York County Surrogate's Court revoking letters of administration theretofore granted on the estate of Robert J. Fitzgerald, deceased.

*J. Power Donellan* and *George L. Stamm* for appellant.

*Jacob Rouss* and *Louis J. Grant* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.